## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re POLYURETHANE FOAM MDL ANTITRUST LITIGATION | Docket No.: 2196 |
| | Index No. 10 MD 2196 (JZ) |

**This Document Relates to:**
**Foamcraft, Inc. v. Hickory Springs Manufacturing, et al.**
**3:12-pf-10006-JZ**

### ORDER OF DISMISSAL, WITH PREJUDICE , OF PLAINTIFF'S CLAIMS AGAINST CARPENTER CO.

This cause is before the Court pursuant to Fed. R. Civ. P. 41 on the Stipulation of the Plaintiff and Defendant Carpenter Co. (improperly named as The Carpenter Company) to dismiss, with prejudice, Plaintiff's claims against Carpenter Co. in the above-captioned case with each side bearing its own attorneys' fees and costs.

The Court has considered the Stipulation, the record in the case, and being otherwise advised, it is: ***Ordered and Adjudged*** that the Stipulation for the dismissal, with prejudice, of the Plaintiff's claims against Carpenter Co. in the above-captioned cases with each side bearing its own attorneys' fees and costs be and the same is Accepted.

Accordingly, it is: ***Ordered and Adjudged*** that the claims in the above-captioned case of Plaintiff against Defendant Carpenter Co. are dismissed, with prejudice, with each side bearing its own attorneys' fees and costs.

The Court retains jurisdiction of this matter for purposes of enforcing the settlement between the Plaintiff and Carpenter Co.. This Order of dismissal, with prejudice, is without prejudice to the Plaintiff's claims against any other Defendants or alleged co-conspirators in the above-captioned case.

Done and Ordered in Chambers in Toledo, Ohio this  25th  day of   November , 2014.

*s/ Jack Zouhary*
United States District Judge